# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED

FEB 21 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

|  |  |
|---|---|
| United States of America ) | |
| vs. ) | Case No. |
| Damone Kelley ) | 1:12-cr-00038-AWI-DLB-5 |
| ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Damone Kelley_____, have discussed with _____Jacob Scott_____, Supervising Pretrial Officer, modifications of my release conditions as follows:

Add the following conditions: **The defendant shall participate in a cognitive behavioral treatment program as directed by the pretrial services officer. Such program may include group sessions led by a counselor or participation in a program administered by the pretrial services officer. Additionally, you shall pay for all or part of the costs of said program as determined by the pretrial services officer.**

All other previously imposed conditions of release, not in conflict with this order, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_X [signature] Damone Kelley_   2-21-12         _[signature] Jacob Scott_   2/21/12
Signature of Defendant   Date                    Pretrial Services Officer   Date
Damone Kelley                                    Jacob Scott

I have reviewed the conditions and concur that this modification is appropriate.

_[signature] Karen Escobar_                      2/21/12
Signature of Assistant United States Attorney    Date
Karen Escobar and/or Grant Rabenn

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                                    2-21-12
Signature of Defense Counsel                     Date
Carl Faller

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on _2/21/12_.
☐ The above modification of conditions of release is *not* ordered.

_[signature]_                                    2/21/12
Signature of Judicial Officer                    Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services