# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED

AUG 0 8 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

|  |  |  |
|---|---|---|
| **United States of America** | ) | |
| vs. | ) | **Case No.** |
| **Damone Kelley** | ) | 1:12-cr-00038-AWI-DLB-5 |
|  | ) | |

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Damone Kelley_____ , have discussed with _____Jacob Scott_____ , Supervising Pretrial Officer, modifications of my release conditions as follows:

**Remove the following conditions:** The defendant shall participate in a cognitive behavioral treatment program as directed by the pretrial services officer. Such program may include group sessions led by a counselor or participation in a program administered by the pretrial services officer. **Add the following condition:** You shall participate in a program of medical or psychiatric treatment including treatment for drug and/or alcohol dependency, and pay for costs as approved by the Pretrial Services Officer. All other conditions, not in conflict with this order, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_Damone Kelley_  7.27.12          _Jacob M Scott_      7/20/12
Signature of Defendant      Date          Pretrial Services Officer      Date
Damone Kelley                          Jacob Scott

I have reviewed the conditions and concur that this modification is appropriate.

_Karen Escobar_                          8/8/12
Signature of Assistant United States Attorney          Date
Karen Escobar and/or Grant Rabenn

I have reviewed the conditions with my client and concur that this modification is appropriate.

_Carl Faller_                          8-7-12
Signature of Defense Counsel          Date
Carl Faller

## ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on _____8/8/12_____ .

☐ The above modification of conditions of release is *not* ordered.

_____          8/8/12
Signature of Judicial Officer          Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services