# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



JUL 15 2013

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| United States of America ) | |
| vs. ) | Case No. |
| Damone Kelley ) | 1:12-cr-00038-AWI-DLB-5 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Damone Kelley_____, have discussed with _____Jacob Scott_____, Supervising Pretrial Officer, modifications of my release conditions as follows:

**Remove the following conditions:** You shall participate in the **CURFEW** component of the remote location monitoring program and abide by all the requirements of the program which will include electronic monitoring or other location verification monitoring system. You shall pay all or part of the costs of the program based upon your ability to pay as determined by the Pretrial Services Officer. You are restricted to your residence every day from 9:00 p.m. to 5:00 a.m., or as directed by the Pretrial Services Officer. All other previously ordered conditions, not in conflict with this order, shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_/s/ Damone Kelley_ 7-15-13        _/s/ Jacob Scott_ 7/15/13
Signature of Defendant   Date        Pretrial Services Officer   Date
Damone Kelley                        Jacob Scott

I have reviewed the conditions and concur that this modification is appropriate.

_/s/ Karen Escobar_                  7/15/13
Signature of Assistant United States Attorney    Date
Karen Escobar and/or Grant Rabenn

I have reviewed the conditions with my client and concur that this modification is appropriate.

_/s/ Carl Faller_                    7/15/13
Signature of Defense Counsel         Date
Carl Faller

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on _7/15/13_.
[ ] The above modification of conditions of release is *not* ordered.

_/s/ Judicial Officer_               7/15/13
Signature of Judicial Officer        Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services