1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare St., Suite 4401
   Fresno, CA  93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4575
5
   Attorneys for Plaintiff
6  United States of America

7

8             IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | CASE NO. Cr 1:12-cr-00038 AWI-BAM |
|----|---------------------------|-----------------------------------|
| 12 | Plaintiff, | |
| 13 | v. | STIPULATION REGARDING SETTING FOR CHANGE OF PLEA; ORDER |
| 14 | DAMONE KELLEY, | |
| 15 | | |
| 16 | Defendant. | |

17                        **STIPULATION**

18     Plaintiff United States of America, by and through its counsel of record, and defendant, by

19  and through his counsel of record, hereby stipulate as follows:

20     1.     By previous order, this matter was set for a change of plea on July 29, 2013, at 10:00.

21     2.     By this stipulation, the parties now move to set the matter for a change of plea on

22  Monday, August 26, 2013, at 10 a.m.  Counsel Carl Faller is now unavailable for the July 29

23  hearing, due to an unforeseen matter in a Bakersfield court.  He indicated he would provide the plea

24  agreement to the government's attorney on Thursday, July 25, and assures the government that his

25  client will enter a change of plea on August 26.

26  ////

1

IT IS SO STIPULATED.

DATED: July 24, 2013.            Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: July 24, 2013.

/s/ Carl M. Faller
CARL M. FALLER
Counsel for Defendant Damone Kelley

**O R D E R**

IT IS SO ORDERED.

Dated:  July 25, 2013          _____
                              SENIOR DISTRICT JUDGE

2