1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare St., Suite 4401
   Fresno, CA  93721
4  Telephone:  (559) 497-4000
   Facsimile:   (559) 497-4575
5
   Attorneys for Plaintiff
6  United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO.  Cr  1:12-cr-00038 AWI-BAM |
   |---|---|
12 | Plaintiff, | |
13 | v. | STIPULATION REGARDING VACATING TRIAL DATE; ORDER |
14 | DAMONE KELLEY, | |
15 | | |
16 | Defendant. | |

17                         **STIPULATION**

18     Plaintiff United States of America, by and through its counsel of record, and defendant, by

19 and through his counsel of record, hereby stipulate as follows:

20     1.  By previous order, this matter was set for a change of plea on August 26, 2013, at 10

21         a.m.  The parties have signed and filed a plea agreement.  Counsel Carl Faller is not

22         available until August 26 for the change of plea.

23     2.  The parties anticipate a change of plea on August 26; however, out of an abundance

24         of caution, the parties agree to vacate the trial date of September 10, 2013, to avoid

25         the expenditure of resources.  Further, an essential government witness who must

26         travel from Alabama is unavailable due to a medical condition.

27

28

                                    1

IT IS SO STIPULATED.

DATED: August 6, 2013.     Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: August 6, 2013.

/s/ Carl M. Faller
CARL M. FALLER
Counsel for Defendant Damone Kelley

**O R D E R**

IT IS SO ORDERED.

Dated:  August 6, 2013        _____

SENIOR DISTRICT JUDGE

2