1 CARL M. FALLER  SBN: 70788
FALLER LAW FIRM
2 Post Office Box 912
Fresno, CA 93714
3 TEL:  559-226-1534
FAX:  559-412-3536
4 carl.faller@fallerdefense,com

5

Attorney for Defendant
6

7

8            IN THE UNITED STATED DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          ) Case No.:  1:12-cr-0038 AWI
                                     )
12           Plaintiff,              ) STIPULATION TO CONTINUE
                                     ) SENTENCING HEARING
13      vs.                          )
                                     )
14 DAMONE KELLEY,                    )
                                     )
15           Defendant.              )

16      Defendant Damone Kelley, by and through his attorney of record, Carl M. Faller, and

17 plaintiff United States of America, by and through its attorney of record, Benjamin B. Wagner,

18 United States Attorney, and Karen A. Escobar, Assistant U.S. Attorney, hereby agree and

19 stipulate as follows:

20      This matter is currently set for sentencing on November 18, 2013 at 10:00 am. The

21 parties request that the matter be continued until December 16, 2013 at 10:00 am.  The reason for

22 this request is that defense counsel needs additional time to compile materials and to file the

23 necessary memoranda in support of defendant's sentencing position.  This is necessary because

24 of technological issues at defense counsel's office as well as a hearing brief in an major

25 administrative proceeding, which is due on November 15, 2013.

26 ///

27 ///

28 ///

1       Based on the above, it is respectfully requested that the sentencing hearing be continued

2  December 16, 2013 at 10:00 am.

3

4  Dated:  November 13, 2013                    /s/Carl M. Faller
                                               CARL M. FALLER
5                                              Attorney for Defendant

6                                              BENJAMIN B. WAGNER
                                               United States Attorney
7

8  Dated:  November 13, 2013           By   /s/Karen A. Escobar
                                               KAREN A. ESCOBAR
9                                              Assistant U.S. Attorney
                                               Attorney for United States of America
10

11  ORDER:

12       IT IS ORDERED that the sentencing hearing currently scheduled for November 18, 2012

13  at 10:00 am, be continued until December 16, 2013 at 10:00 am.

14

15  IT IS SO ORDERED.

16  Dated:   November 13, 2013         _____
                                               SENIOR  DISTRICT  JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28